█ In the Matter of STANLEY M. FRIEDMAN (Admitted as STANLEY MELVIN FRIEDMAN), a Disbarred Attorney. [738 NYS2d 560] —Petition for reinstatement referred to Referee, as indicated. No opinion. Concur—Rosenberger, J. P.,Williams, Tom, Wallach and Buckley, JJ.